1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7241

7 | Facsimile: (415) 436-7234
owen.martikan@usdoj.gov

8

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 3:08-mj-70174-MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF SUBSTITUTION |
| JESUS MEDINA, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Owen P. Martikan, Assistant United States Attorney, and to withdraw the appearance of Derek R. Owens, the Assistant United States Attorney who was formerly assigned to represent the United States of America. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be

CR 3:08-mj-70174 MAG
NOTICE OF SUBSTITUTION         1

directed to AUSA Owen P. Martikan at the above mailing address, telephone number, facsimile number, and e-mail address.

Please also take notice that, from the date of this request, service on the United States of America should be made on Owen Martikan only. Please amend your service lists accordingly. While Brian Stretch, Chief of the Criminal Division, and Joseph P. Russoniello, United States Attorney, will appear on the pleadings with Owen Martikan, no service need be made on them.

DATED: April 7, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


         /s/   Owen Martikan
OWEN P. MARTIKAN
Assistant United States Attorney