1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
6  Counsel for Defendant MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-70174 MAG (JL) |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER PERMITTING TRAVEL** |
| JESUS MEDINA, | ) |
| Defendant. | ) |

## STIPULATION

The defendant, Mr. Medina wishes to travel to Fresno, California to visit his family leaving on Saturday, April 12, 2008 and returning Sunday, April 13, 2008. The government is not opposed to this request. The Defendant is not under the supervision of the United States Pretrial Services Office.

IT IS SO STIPULATED:

Dated: April 11, 2008            _____/S/_____
                                 RONALD C. TYLER
                                 Assistant Federal Public Defender

STIPULATION AND [PROPOSED] ORDER
PERMITTING TRAVEL
*United States v. Jesus Medina*
No. CR 08-70174 MAG (JL)            1

Dated: April 11, 2008           _____/S/_____
                                OWEN P. MARTIKAN
                                Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the defendant is hereby permitted to travel to Fresno, California, leaving on Saturday, April 12, 2008 and returning Sunday, April 13, 2008.

**IT IS SO ORDERED**.

Dated:_____         _____
                                THE HONORABLE JAMES LARSON
                                United States Chief Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
PERMITTING TRAVEL
*United States v. Jesus Medina*
No. CR 08-70174 MAG (JL)                2